IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JEREMY RAY STACEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. **1:24-CV-00356** |
| | ) |
| CITY OF JASPER, LILLIAN MICHELE | ) |
| LOCKHART and CODY PITTMAN, | ) |
| | ) |
| Defendants. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(a)(ii)

The parties hereby appear by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), stipulate that the above-referenced lawsuit, and any and all claims that are included or could be included therein against Defendants City of Jasper, Tennessee, Lillian Michelle Lockhart and Cody Pittman is hereby dismissed with full and final prejudice to the refiling of same.

Each party will bear its own costs and attorney's fees.

RESPECTFULLY submitted this 27th day of May, 2025.

PLAINTIFF, JEREMY RAY STACEY

By: /s/Robin Ruben Flores, BPR No. 20751 (w/permission)
ROBIN RUBEN FLORES, BPR NO. 20751
4110-A Brainerd Road
Chattanooga, TN 37411
423-267-1575
robin@robinfloreslaw.com

LILLIAN MICHELLE LOCKHART, INDIVIDUALLY

By: /s/ Philip Aaron Wells, BPR No 036248 (w/permission)
PHILIP AARON WELLS, BPR NO. 036248
ROBINSON, SMITH & WELLS, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
423-756-5051
rwells@rswlaw.com
awells@rswlaw.com

CODY PITTMAN, INDIVIDUALLY

By: /s/Cassandra Marie Crane, BPR No. 34889 (w/permission)
CASSANDRA MAIRE CRANE, BPR NO.34889
Mary Clark Herrod, BPR NO. 41411
FARRAR, BATES, BEREXA
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
615-254-3060
ccrane@fbb.law
mherrod@fbb.law

CITY OF JASPER, TENNESSEE, LILLIAN MICHELLE LOCKHART AND CODY PITTMAN IN THEIR OFFICIAL CAPACITIES

By: /s/Reid A. Spaulding, BPR No. 023363
REID A. SPAULDING, BPR NO. 023363
WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.
1500 Riverview Tower, 900 South Gay Street
P.O. Box 131
Knoxville, TN 37901-0131
865-637-1700 rspaulding@watsonroach.com